**Paramjit SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–70927.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 17, 2006.*

Filed Nov. 9, 2006.

George T. Heridis, Esq., Rai & Associates, PC, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, David V. Bernal, Attorney, Anthony C. Payne, Esq., Washington, DC, for Respondent.

Before: KLEINFELD and BYBEE, Circuit Judges, and WHALEY **, District Judge.

MEMORANDUM ***

This court lacks jurisdiction to review the IJ's pretermission of Paramjit Singh's

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Robert H. Whaley, United States District Judge for the Eastern District of Washington, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

application for asylum and withholding of removal because he provided material support for terrorism.[1] Because substantial evidence supports the immigration judge's determination that Singh provided material support to terrorists, the Board of Immigration Appeals properly found he is ineligible for withholding of removal.[2] This court lacks jurisdiction to review Singh's claim under the Convention Against Torture because he failed to raise it before the Board of Immigration Appeals.[3]

The petition for review is DISMISSED in part and DENIED in part.

1. *See* 8 U.S.C. § 1158(b)(2)(A)(v); 8 U.S.C. § 1182(a)(3)(B)(i)(I).

2. *Bellout v. Ashcroft,* 363 F.3d 975, 977 (9th Cir.2004).

3. *Rashtabadi v. INS,* 23 F.3d 1562, 1567 (9th Cir.1994).

